UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANDREW HODGINS,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN YAPLEE, M.D.; J. SUNDARAM, M.D., CHANG, M.D. and DOES 1 through 10,<br><br>Defendants. | OLD CASE NO. 1:17-CV-00679-LJO-SKO<br><br>NEW CASE NO. 1:17-CV-00679-SKO<br><br>**ORDER REASSIGNING CASE FOR ALL PURPOSES PURSUANT TO THE PARTIES' CONSENT** |
|---|---|

Plaintiff and all Defendants have filed their consents under 28 U.S.C. § 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. ECF Nos. 21-23. Accordingly, IT IS HEREBY ORDERED that the above entitled action is assigned to the docket of Magistrate Judge Sheila K. Oberto as Presiding Judge.

ALL FUTURE PLEADINGS SHALL BE

NUMBERED AS FOLLOWS:

1:17-CV-00679-SKO

IT IS SO ORDERED.

Dated: **September 5, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE