IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW HODGINS,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN YAPLEE, M.D.; J. SUNDARAM, M.D.; CHANG, M.D. and DOES 1 through 10,**<br><br>Defendants. | Case No. 1:17-cv-00679-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER FOR THE LIMITED PURPOSE OF RESCHEDULING THE SETTLEMENT CONFERENCE**<br><br>**(Doc. 28)** |

Before the Court is the parties' stipulation and Order to reschedule the settlement conference for a date and time after Defendants' dispositive motion to be filed on or before October 1, 2018 has been ruled upon. (Doc. 28.)

GOOD CAUSE HAVING BEEN SHOWN, the settlement conference currently set for September 25, 2018 is CONTINUED to December 20, 2018, at 1:00 p.m. in Courtroom 10 before United States Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **August 31, 2018**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE