XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PAMELA J. HOLMES, State Bar No. 147360
Supervising Deputy Attorney General
OLIVER R. LEWIS, State Bar No. 133557
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7508
 Fax: (916) 322-8288
 E-mail: Oliver.Lewis@doj.ca.gov
*Attorneys for Defendants J. Sundaram, M.D.
and F. Chang, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDREW HODGINS,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN YAPLEE, M.D.; J. SUNDARAM, M.D.; CHANG, M.D. and DOES 1 through 10,**<br><br>Defendants. | 1:17-CV-00679-SKO<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANTS J. SUNDARAM, M.D. AND F. CHANG, M.D. WITH PREJUDICE**<br><br>(Doc. 31) |

TO THE COURT AND ALL PARTIES:

Plaintiff Andrew Hodgins, through his attorney William Schmidt, Defendant Steven Yaplee, M.D., through his attorney Kevin Thelen, and J. Sundaram, M.D. and F. Chang, M.D., through their attorney Deputy Attorney General Oliver R. Lewis, hereby stipulate and agree to dismiss Defendants J. Sundaram and F. Chang, with prejudice, from the above-captioned action, in exchange for a waiver of costs. This dismissal shall become effective immediately upon the filing of this stipulation with the Court.

/ / /

/ / /

1

**IT IS HEREBY SO STIPULATED**

Dated: September 20, 2018

XAVIER BECERRA
Attorney General of California
PAMELA J. HOLMES
Supervising Deputy Attorney General

*/s/ Oliver R. Lewis*

OLIVER R. LEWIS
Deputy Attorney General
*Attorneys for Defendants
J. Sundaram, M.D. and
F. Chang, M.D*

*/s/ William L. Schmidt*
_____
Dated: September 20, 2018
WILLIAM L. SCHMIDT
Attorney for Plaintiff Andrew Hodgins

*/s/ Kevin E. Thelen*
_____
Dated: September 20, 2018
KEVIN E. THELEN
Attorney for Steven Yaplee, MD.

## **ORDER**

On September 21, 2018, the parties filed the above stipulation of dismissal of Defendants J. Sundaram, M.D., and F. Chang, M.D., with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 31.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

[A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a)(1)(A)(ii), this case has automatically terminated as to Defendants J. Sundaram, M.D., and F. Chang, M.D. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Defendants J. Sundaram, M.D., and F. Chang, M.D.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendant.

IT IS SO ORDERED.

Dated: **September 24, 2018**         /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE