Dennis R. Thelen, Esq. (SBN 83999)
Kevin E. Thelen, Esq. (SBN 252665)
LAW OFFICES OF
LeBeau • Thelen, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127
E-mail: dthelen@lebeauthelen.com
E-mail: kthelen@lebeauthelen.com

Attorneys for Defendant,
STEVEN YAPLEE, M.D.

FILED
DEC 14 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HODGINS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVEN YAPLEE, M.D.; J. SUNDARAM, M.D., CHANG, M.D. and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 1:17-CV-00679-SKO<br><br>**STIPULATION AND [PROPOSED] ORDER FOR TELEPHONE APPEARANCE**<br><br>Date:　　　　December 20, 2018<br>Time:　　　　1:00 p.m.<br>Courtroom:　10<br><br>Date Filed:　May 17, 2017<br>Trial Date:　March 5, 2019 |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff ANDREW HODGINS, by and through his counsel of record Marguerite Meade, and defendant STEVEN YAPLEE, M.D., by and through his counsel of record Kevin E. Thelen, hereby stipulate and agree that the Claims Representative for CAP-MPT, which provides medical professional

///
///
///
///
///
///

- 1 -

liability coverage for Dr. Yaplee, may telephonically attend the upcoming Settlement Conference, set for December 20, 2018 in Courtroom 10 at 1:00 p.m. with Hon. Magistrate Judge Grosjean, in lieu of personal appearance, subject to Court approval.

**IT IS SO STIPULATED.**

Dated: December 14, 2018

By: /S/ MARGUERITE MEADE
WILLIAM L. SCHMIDT, ESQ.
MARGUERITE MEADE, ESQ.
Attorneys for Plaintiff
ANDREW HODGINS

Dated: December 14, 2018

LeBEAU-THELEN, LLP

By: /S/ KEVIN E. THELEN
DENNIS R. THELEN, ESQ.
KEVIN E. THELEN, ESQ.
Attorneys for Defendant,
STEVEN YAPLEE, M.D.

## [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, it is hereby ordered that the Claims Representative for CAP-MPT, which provides medical professional liability coverage for Dr. Yaplee, may telephonically attend the upcoming Settlement Conference, set for December 20, 2018 in Courtroom 10 at 1:00 p.m. with Hon. Magistrate Judge Grosjean in lieu of a personal appearance.

Dated: 12/14/18

HON. MAGISTRATE JUDGE
ERICA P. GROSJEAN